**JS-6**

o

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERI A. GONZALES,<br><br>        Plaintiff<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commission of Social Security,<br><br>        Defendant. | Case No. EDCV 15-2376-JGB (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

    IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: October 21, 2016

                                      JESUS G. BERNAL
                                      UNITED STATES DISTRICT JUDGE